UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK GRANT,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALAMEDA COUNTY SHERIFFS DEPARTMENT and D. TEICHERA,<br><br>    Defendants.<br>_____ / | No. C 11-4440 PJH (PR)<br><br>**ORDER GRANTING EXTENSION TO FILE COMPLETED IN FORMA PAUPERIS APPLICATION**<br><br>(Docket No. 4) |

     This is a civil rights case filed pro se by a state prisoner. The clerk sent plaintiff notice that his application to proceed in forma pauperis ("IFP") was deficient because he had not signed it. Plaintiff has requested an extension of time to file his completed in forma pauperis due to delays at the inmate trust account office.

     Plaintiff's request (docket number 4) is **GRANTED**. He shall file a completed in forma pauperis application within thirty days from the date this order is entered.

     **IT IS SO ORDERED.**

Dated: November 10, 2011.

                                               PHYLLIS J. HAMILTON
                                               United States District Judge

P:\PRO-SE\PJH\CR.11\GRANT4440.EXT.IFP.wpd