UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK GRANT,

    Plaintiff,

    v.

ALAMEDA COUNTY SHERIFFS DEPARTMENT, et al.,

    Defendants.

Case No. 11-cv-04440-WHO (PR)

**ORDER DIRECTING MARSHAL TO REATTEMPT SERVICE**

The sole defendant in this federal civil rights action (D. Teichera) remains unserved, the first summons having been returned as unexecuted. The Court directs the U.S. Marshal to reattempt service of the amended complaint (Docket No. 16) and the order of service (Docket No. 17) on Alameda County Sheriff's Deputy D. Teichera (Badge No. 1953) at the Alameda County North County Jail.

The Court warns plaintiff Grant that although a plaintiff who is incarcerated and proceeding *in forma pauperis* may rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987). If the second attempt at service is unsuccessful, the complaint may be subject to dismissal without prejudice, absent a showing of good cause. *See* Fed. R. Civ. P. 4(m); *see also Walker v. Sumner*, 14 F.3d 1415, 1421-22 (overruled on other grounds by *Sandin v. Conner*, 515 U.S. 472, 483-84 (1995)) (holding prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with sufficient information to effectuate service).

**IT IS SO ORDERED.**

**Dated:** May 14, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MICHAEL GRANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY SHERIFF et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV11-04440 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Patrick Grant T-33889
Salinas Valley State Prison
P.O. Box 1050
B-4-209-L
Soledad, CA 93960-1050

Dated: May 14, 2014

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk