UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK GRANT,

    Plaintiff,

    v.

ALAMEDA COUNTY SHERIFFS DEPARTMENT, et al.,

    Defendants.

Case No. 11-cv-04440-WHO (PR)

**ORDER EXTENDING TIME**

    Plaintiff Patrick Grant's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 30) is GRANTED. The opposition shall be filed on or before March 25, 2015.

    The Clerk shall terminate Docket No. 30.

    **IT IS SO ORDERED.**

**Dated:** February 12, 2015

_____
WILLIAM H. ORRICK
United States District Judge