Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
Talia B. Saypoff, State Bar No. 284704
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
DEPUTY DENNIS TEICHERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. GRANT,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 3:11-cv-04440-WHO<br><br>**DEFENDANT SHERIFF DENNIS TEICHERA'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br><br>**Hon. William H. Orrick** |

By Order dated August 18, 2015, this Court issued an Order Setting Video Settlement Conference In Pro Se Prisoner Early Settlement Program, Setting Status Conference And Requiring Meet And Confer. The Court set the settlement conference for September 9, 2015. (Dkt. No 35.)

On August 24, 2015, defendant filed a Motion to Continue Settlement Conference and respectfully requested that the Court continue the conference to a date on or after November 6, 2015. (Dkt. No 36.) On August 25, 2015, this Court issued an Order Granting Motion to Continue Settlement Conference and continued the conference to November 10, 2015. (Dkt. No 37.)

Unfortunately, key County personnel, including all necessary Sheriff's Office and Risk Management representatives, are unavailable on November 10, 2015 as they have a mediation already scheduled for that date. Defendant therefore respectfully requests this Court continue the settlement

1

1   conference to November 12, 2015 or November 16, 2015, when all required attendants are available.

2       For the foregoing reasons, defendant respectfully requests a continuance of the settlement
3   conference to November 12, 2015 or November 16, 2015.

5   Dated:  August 28, 2015                      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

7                                        By:  */s/ Talia Saypoff*
8                                              Michael C. Wenzel
                                           Talia B. Saypoff
                                           Attorneys for Defendant
9                                              DEPUTY DENNIS TEICHERA

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **August 28, 2015**, I served the following document:

**DEFENDANT SHERIFF DENNIS TEICHERA'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

on the following interested parties:

| | |
|---|---|
| ****LEGAL MAIL**** <br> Patrick M. Grant <br> T-33889 <br> Salinas Valley State Prison <br> P.O. Box 1050 <br> B-4-209-L <br> Soledad, California  93960-1050 | *Plaintiff In Pro Per* |

Said service was performed in the following manner:

(✓) **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **August 28, 2015**, at San Francisco, California.

*/s/ L Roberts*
L Roberts

CERTIFICATE OF SERVICE
*Grant v. ACSO, et al.*; U.S.D.C. Case No.: 3:11-cv-04440-WHO