Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
Talia B. Saypoff, State Bar No. 284704
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
DEPUTY DENNIS TEICHERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. GRANT,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 3:11-cv-04440-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DEPUTY DENNIS TEICHERA'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**Hon. William H. Orrick** |

Defendant's request that the November 10, 2015 settlement conference be continued to November 12, 2015 or November 16, 2015 was submitted to Judge Vadas on August 28, 2015.

The Court, having considered the request and good cause appearing therefore, hereby grants the request. Defendant's November 10, 2015 settlement conference is now continued to November 16, 2015, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: September 1, 2015

_____
Nandor J. Vadas
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SETTLEMENT CONFERENCE
*Grant v. ACSO, et al.*; U.S.D.C. Case No.: 3:11-cv-04440-WHO

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **August 28, 2015**, I served the following document:

**[PROPOSED] ORDER GRANTING DEFENDANT DEPUTY DENNIS TEICHERA'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

on the following interested parties:

| | |
|---|---|
| ****LEGAL MAIL**** <br> Patrick M. Grant <br> T-33889 <br> Salinas Valley State Prison <br> P.O. Box 1050 <br> B-4-209-L <br> Soledad, California  93960-1050 | *Plaintiff In Pro Per* |

Said service was performed in the following manner:

(✓) **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed **August 28, 2015**, at San Francisco, California.

                                              */s/ L Roberts* <br>
                                                    L Roberts