United States District Court
Northern District of California

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   PATRICK GRANT,                          Case No.  11-cv-04440-WHO (PR)

                   Plaintiff,
12
         v.                                  **ORDER RE:  NOTICE OF**
13                                           **APPEARANCE**

14   ALAMEDA COUNTY SHERIFFS
     DEPARTMENT, et al.,
15                 Defendants.               Dkt. No. 40

16

17        Plaintiff Patrick Grant, who instituted this suit pro se, has filed a notice of

18   substitution of counsel.  (Docket No. 40.)  The Court construes the filing as a notice of

19   appearance of counsel.  Grant is now represented by Mark Kelsey, State Bar No. 295818.

20        So that there is no misunderstanding, Grant has retained Mr. Kelsey.  This is not a

21   court appointment.

22        The Clerk shall terminate Docket No. 40.

23        **IT IS SO ORDERED.**

24   **Dated:**  October 5, 2015

25                                           
                                             _____
26                                           WILLIAM H. ORRICK
                                             United States District Judge
27

28